# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: **0:02-CV-837 JEL/AJB**

IBEW Health Care, et al.,,

v

Huntington Technical.

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW: 0:02-CV-837 JEL/JGL**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **Chief U S District Court Magistrate Judge Jonathan G. Lebedoff** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Mary Lenner at 612 664 5120.**

DATE: **June 20, 2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**

(4)

FILED June 20, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials VEW